MEMORANDUM **
Lazaro Limon-Juvera appeals his jury conviction for being a deported alien found in the United States in violation of 8 U.S.C. § 1326.
I
The district court did not abuse its discretion when excluding evidence of Limon-Juvera’s Tohono O’odham membership and in determining that it was “speculative,” . “not reasonable,” and raised “a 403 issue.” See Fed.R.Evid. 403; United States v. Espinoza-Baza, 647 F.3d 1182, 1189-90 (9th Cir.2011).
II
Limon-Juvera had also raised two issues regarding his sentence, but was released from custody on July 25, 2014 and has since affirmatively waived such arguments. Accordingly, we dismiss the sentencing challenges as moot.
*602 III
We remand this case for the district court to correct the judgment to reflect that Limon-Juvera was found guilty following a jury trial rather than pursuant to a guilty plea.
AFFIRMED IN PART, DISMISSED IN PART, AND REMANDED FOR CORRECTION OF JUDGMENT.

 This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.